Vevian Long Clerk.
Court Of Appeals
Seventh District Of Texas.
Amarillo Tx.

FILED
MAY 01 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re. Case No. 07-15-00050-CV.
Style: In Re Kenneth Glenn Webb

April 25. 2015

Cecil Biggers
Attorney At Law
P.O. Box 32
Spearman Tx. 79081
* Delivered - US. Mail

Honorable W. D. Smith
Judge 84th District Ct.
500 Main St. Ste. 303
Stinnett. Tx 79083
* Delivered - US. Mail

Dear Ms Vivian Long

I received your letter of 4-20-15 today 4-24-2015 concerning the above case number.

On April 17. 2015 I received by certified Mail # 7013-2250-0001-6069-9120 A copy of Mr C.R. Biggers Response Referring to this case. Mr Biggers sent Relator a total of three (3) pages. Including a One (1) page Response.

page 1

However the 84th District Court Handsford County Ass-Assigned Control Of the child support lein

At Any Rate, this is not at issue until and unless Judge Smith Rules on Relators Motions which are befor the 84th Judicial District Court.

Again Relator Webb would point out that the 84th District Court Docket Book Report Failed to show that Judge Smith and the Court did receive a certified copy of Reta Realators Mandamus on 2-26-2015

How-ever it reflected an E-mail From the 7th Court Of Appeals on 3-10-15. And a letter From Judge Smith to Mr Biggers on 3-16-2015 Concerning relator Webbs Petition for the Writ of Mandamus.

Relator Webb wrote Ms Kim Vera Hansford County Court Clerk on 4-2-15 Logged in Cannelly Unit E-mail Room 4-3-15 that the notation on the dockit Book was missing. As of 4-25-15 Relator has not heard back From Ms Vera, despite his inclusion of an S.A.S.E

Page 2

Relator Webb Also on 4-5-15 wrote Ms Vera District Court Clerk. S.A.S.E included informing her that he did not receive a copy of the correspondance From Judge Smith to Mr Biggers on 3-16-15 nor a response from Mr Biggers to Judge Smith. if any was given or received. Relator Webb; to date 4-24-15 has not received a responce to this either

Nor has Relator Webb received Mr Biggers Filings of 4-13-2015 and 4-15-2015 Only his initial response to Webb Petition For the Writ of Mandamus

The Purpose of this missive to the Seventh Court of Appeals, Amarillo Texas is to notify the Court Clerk Ms Vivian Long, and the Court of transactions received and not received from Mr Biggers. Respondant. And the Honorable Judge Willam Smith 84th District Court. And of any errors Relator Webb believes may exist in said papers and filing concerning This case; No # 07-15-00050-CV.

Thank You For your time and Consideration

Kenneth Webb
TDC. 1454974
899 FM 632
Kenedy Tx. 78119

Respecty Sumitted.

Page 3.

#145440794
Kenneth Webb
899 Fm 632
Kenedy Tx 78119

SAN ANTONIO TX 783
RIO GRANDE DISTRIC
27 APR 2015 PM 3 L

Att: Vivian Long Clerk.
Court Of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo Tx 79105-9540

79105954040